No. 3, Misc. JONES *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, *William C. Wines* and *James C. Murray,* Assistant Attorneys General, for respondent.

No. 98, Misc. DONNELL *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 147, Misc. MAIKISCH *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Charles V. Halley, Jr.* for petitioner.

No. 150, Misc. FOSTER *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 152, Misc. LALLY *v.* NEW YORK. Supreme Court of New York, County of Orleans. Certiorari denied.

No. 157, Misc. MITCHELL *v.* NIERSTHEIMER, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 158, Misc. HOLT *v.* BENSON, WARDEN. Supreme Court of Michigan. Certiorari denied.